# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LASSILA, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>FORCEPOINT, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Case No. 3:20-CV-01240-MMA-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 13] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' Joint Motion for Voluntary Dismissal and **DISMISSES** this action with prejudice. The parties agree to each bear their own fees and costs. The Court **DIRECTS** the Clerk of Court to close the case.

    **IT IS SO ORDERED**.

DATE: November 5, 2020

                                        HON. MICHAEL M. ANELLO
                                        United States District Judge